■ In the Matter of the Arbitration between MEDINA POWER COMPANY, Respondent, and SMALL POWER PRODUCERS, INC., Appellant. (Appeal No. 2.) [663 NYS2d 1021] —Appeal unanimously dismissed without costs (*see, Gluck v Fleischman*, 233 AD2d 420). (Appeal from Order of Supreme Court, Erie County, Michalek, J.—Reargument.) Present—Green, J. P., Pine, Lawton and Fallon, JJ.